# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

December 11, 2015

FILED ELECTRONICALLY VIA ECF

The Honorable J. Paul Oetken
United States District Court for the Southern District of New York
Room 2101
40 Foley Square
New York, NY  10007

Re:   *Wilfred v. Modany, et al.*, No. 13-cv-3110-(JPO)

Dear Judge Oetken:

We represent all parties in the above-referenced action.  We are writing concerning the Stipulation and Order entered by the Court on September 16, 2015 (Dkt. 54), staying all of the proceedings in this shareholder derivative action for three months while the parties attempted to reach a resolution of this case through mediation.  In the Stipulation and Order, the parties agreed to report back to the Court on the progress of their mediation efforts at the conclusion of that three-month period to determine if any further mediation efforts were warranted or if litigation proceedings should be resumed.

Since the time of the Order, the parties have been actively engaged in efforts to resolve this action.  The parties are making good progress and believe that an extension of the stay for an additional six weeks will help facilitate these efforts.  If the Court agrees to extend the stay, we will report back by January 27, 2016 as to the status of the parties' efforts or to establish a new schedule for the resumption of the case.

The parties are available to discuss these issues at the Court's convenience.  Thank you for your consideration.

Respectfully submitted,

# GIBSON DUNN

December 11, 2015
Page 2

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Jennifer L. Conn

Jennifer L. Conn
  JConn@gibsondunn.com
Brad Schoenfeldt
  BSchoenfeldt@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Phone: 212-351-4000
Fax: 212-351-4035

Wayne W. Smith, *admitted pro hac vice*
  WSmith@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Phone: 949-451-3800
Fax: 949-451-4220

*Attorneys for Defendants Kevin M. Modany,*
*John F. Cozzi, Thomas I. Morgan, John E.*
*Dean, James D. Fowler, Jr., Joanna T. Lau,*
*Vin Weber, Samuel L. Odle, John A. Yena,*
*Lloyd G. Waterhouse, Daniel M. Fitzpatrick*

ALLEGAERT BERGER & VOGEL LLP

By: _____
    Christopher Allegaert

Christopher Allegaert
  CAllegaert@abv.com
Richard Crisona
  RCrisona@abv.com
111 Broadway, 20th Floor
New York, NY 10006
Phone: 212-571-0550
Fax: 212-571-0555

*Attorneys for Nominal Defendant*
*ITT Educational Services, Inc.*

LIFSHITZ LAW FIRM

By: _____
    Joshua M. Lifshitz

Joshua M. Lifshitz (JL-9172)
  JML@jlclasslaw.com
821 Franklin Ave.
Suite 209
Garden City, NY 11530
Phone: 516-493-9780
Fax: 516-280-7376

*Attorneys for Co-Lead Plaintiff*
*Sasha Wilfred*

THE WEISER LAW FIRM, P.C.

By: _____
    Brett D. Stecker

Robert Weiser
  RW@weiserlawfirm.com
Brett D. Stecker
  BDS@weiserlawfirm.com
James Ficaro
  JMF@weiserlawfirm.com
22 Cassatt Ave.
Berwyn, PA 19312
Phone: 610-225-2677
Fax: 610-408-8062

*Attorneys for Co-Lead Plaintiff*
*Janice Nottenkamper*